Opinion issued April 8, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00352-CV

____________


IN RE PEGGY MCCLAIN, Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Peggy McClain, has filed a petition for writ of mandamus complaining
of Judge Jones's (1) April 5, 2002 order denying plaintiffs' motion to abate. 

 We deny the motion for stay and the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Hedges, Taft, and Nuchia.

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jerome Jones, visiting judge of the Probate Court No. 3
of Harris County, Texas. The underlying lawsuit is Peggy McClain, Individually and
As Guardian of Lawanna L. Dewberry, Individually and A/N/F of Vantrice Dewberry,
trial court cause no. 316,318-401.